■ In the Matter of FOTEOS S., a Person Alleged to be a Juvenile Delinquent, Appellant. MONROE COUNTY DEPARTMENT

OF SOCIAL SERVICES, Respondent. [629 NYS2d 712] —Order unanimously affirmed without costs. Memorandum: The determination of Family Court to extend respondent's placement for an additional 12 months is supported by a preponderance of the evidence *(see, Matter of Percy H.,* 159 AD2d 623). There is no merit to respondent's procedural argument. The County Attorney, the appropriate presentment agency *(see,* Family Ct Act § 301.2 [12]; §§ 254, 254-a), was notified of the hearing and was provided with an opportunity to be heard *(see,* Family Ct Act § 355.3 [2]). (Appeal from Order of Monroe County Family Court, Bonadio, J.—Extend Placement.) Present—Denman, P. J., Pine, Callahan, Doerr and Balio, JJ.